QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ECEQUIEL CECENA HINOJOSA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-05--0073 LKK |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER;** |
| ) | **EXCLUSION OF TIME** |
| ECEQUIEL CECENA HINOJOSA, ) | |
| Defendant. ) | Date: May 10, 2005 |
| _____ | Time: 9:30 a.m. |
| | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of April 26, 2005 shall be vacated and a status conference scheduled for May 10, 2005 at 9:30 a.m.

This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, all counsel and the defendant agree that time under

Stip and Order

1   the Speedy Trial Act from the date this stipulation is lodged, through

2   May 10, 2005, should be excluded in computing the time within which

3   trial must commence under the Speedy Trial Act, pursuant to Title 18

4   U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

5   DATED: April 25, 2005.            Respectfully submitted,

6                                     QUIN DENVIR
                                      Federal Public Defender
7

8
    DATED:  April 25, 2005.           /s/ MARK J. REICHEL
9                                     MARK J. REICHEL
                                      Assistant Federal Defender
10                                    Attorney for Defendant

11
                                      McGREGOR SCOTT
12                                    United States Attorney

13

14  DATED:  April 25, 2005.           /s/ MARK J. REICHEL for
                                      JASON HITT
15                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff
16

17                          **O R D E R**

18      **IT IS SO ORDERED.** Time is excluded and the hearing continued on

19  the dates and upon the grounds set forth--herein above in the interests

20  of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code

21  T4.

22  DATED: April 25, 2005            /s/Lawrence K. Karlton
                                     THE HONORABLE LAWRENCE K. KARLTON
23                                   Senior Judge
                                     United States District Court
24

25

26

27

28

Stip and Order                    2