QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ECEQUIEL CECENA HINOJOSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-05-073 LKK |
| Plaintiff, ) | **ORDER AFTER HEARING** |
| v. ) | DATE: June 1, 2005 |
| ECEQUIEL CECENA HINOJOSA, ) | TIME: 9:30 a.m. |
| Defendants. ) | JUDGE: Lawrence K. Karlton |

This matter came on for Status Conference on May 10, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Jason Hitt represented the United States of America.  For the defense, Assistant Federal Defender Matt Bockmon represented the defendant who was present and in custody.

The defense requested a continuance until June 1, 2005 in order to allow counsel further time to gather records of Defendant's prior convictions, and to allow the parties time for further consultation regarding the case, including consultation between the parties to resolve it.  Therefore the parties further agreed to exclude time from

Order After Hearing

calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from May 10, 2005, up until and including June 1, 2005.  Defendant was questioned by the court as to this issue and consented on the record to such an exclusion of time. Defendant affirmed he understood his rights under the Speedy Trial Act and consented to the continuance.

    Good cause appearing therefor,

    IT IS ORDERED that this matter is continued to June 1, 2005, at 9:30 a.m. for Status Conference.

    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from May 10, 2005, up to and including June 1, 2005, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: May 23, 2005

```
                              /s/Lawrence K. Karlton
                              HONORABLE LAWRENCE K. KARLTON
                              Senior Judge
```